UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE | + | |
| | + | Case No. 21-30388 |
| ASHLEY HARDY | + | |
| Debtors | + | |

## NOTICE OF APPEARANCE

Comes now Larry Darby and gives notice to this Honorable Court that he represents Woodmere at the Lake, a creditor in this cause, and requests notice.

Respectfully submitted,

/s/   Larry Darby
Larry E. Darby
Attorney for Creditor

Darby Law Firm, LLC
P.O. Box 3905
Montgomery, Alabama 36109
Tel 334.356.3593 Fax 334.356.6392
Bankruptcy@AlabamaEvictions.com

## CERTIFICATE OF SERVICE

I certify that the foregoing will be filed electronically (CM/ECF) and will be served upon the following:

Mary Conner Pool                    Sabrina L. McKinney, Trustee
P.O Box 4479                        P.O. Box 173
Montgomery, AL 3103                 Montgomery, AL 36101

/s/   Larry Darby
Larry E. Darby